# EXHIBIT B

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,592,820**

**Registered Dec. 21, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

BEIJING POP MART CULTURAL CREATIVE CO.,LTD.  (CHINA limited company (ltd.) )
Rm.3606, 36th Fl., Block A,101,Fl. 4-33
Bldg. 13, Zone 4, Wangjing Dongyuan
Beijing, CHINA N/A

CLASS 28: Board games; Body-building apparatus; Chess games; Dolls; Dolls' clothes; Exercise equipment, namely, exercise bands; Playing cards; Protective padding for skateboarding; Skateboards; Toy figures

OWNER OF CHINA , REG. NO. 27134252, DATED 02-21-2019, EXPIRES 02-20-2029

The mark consists of the stylized wording "POP MART" with a shaded rectangle.

SER. NO. 88-903,522, FILED 05-06-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,839,156**

**Registered Jun. 24, 2025**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

POP MART (SINGAPORE) HOLDING PTE. LTD.  (SINGAPORE PRIVATE LIMITED COMPANY)
10 ANSON ROAD,
#15-05 INTERNATIONAL PLAZA SINGAPORE 079903
SINGAPORE

CLASS 28: Desktop toy sports games; amusement machines, automatic and coin-operated; toys, namely construction toys, toy vehicles, plastic character toys, rubber character toys, plush toys, dolls' houses and action figures; toy figures; dolls; dolls' clothes; toys in the form of jigsaw puzzles; toy building blocks; playing cards; board games; balls for games; body-building apparatus; archery implements; machines for physical exercises; Play swimming pools; Protective paddings for skateboarding and snowboarding; scratch cards for playing lottery games

The mark consists of the wording "THE MONSTERS" underneath a stylized silhouette of an elf lying down on the word "MONSTERS".

OWNER OF INTERNATIONAL REGISTRATION 1822633 DATED 09-17-2024, EXPIRES 09-17-2034

SER. NO. 79-409,815, FILED 09-17-2024



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LABUBU

**Reg. No. 7,839,144**

**Registered Jun. 24, 2025**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

POP MART (SINGAPORE) HOLDING PTE. LTD.  (SINGAPORE PRIVATE LIMITED COMPANY)
10 ANSON ROAD,
#15-05 INTERNATIONAL PLAZA SINGAPORE 079903
SINGAPORE

CLASS 28: Desktop toy sports games; amusement machines, automatic and coin-operated; toys, namely, construction toys, toy vehicles, plastic character toys, rubber character toys, plush toys, dolls' houses and action figures; toy figures; dolls; toys in the form of jigsaw puzzles; Toy building blocks; playing cards; board games; balls for games; archery implements; machines for physical exercises; Play swimming pools; Protective paddings for skateboarding and snowboarding; scratch cards for playing lottery games; dolls' clothes; body-building apparatus

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1819536 DATED 09-17-2024, EXPIRES 09-17-2034

The wording "LABUBU" has no meaning in a foreign language.

SER. NO. 79-408,374, FILED 09-17-2024



Acting Director of the United States Patent and Trademark Office



## REQUEST FOR EXTENSION OF PROTECTION

## SERIAL NUMBER: 79402363

## FILING DATE: 06/04/2024

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| IMAGE | https://tmng-cms.uspto.gov/trademark/cms/rest/case/79402363/tmdocument/79402363APP282310001.JPG |
| COLLECTIVE, CERTIFICATE OR GUARANTEE MARK | NO |
| MARK IN STANDARD CHARACTERS | NO |
| MARK IN COLOR | NO |
| THREE DIMENSIONAL MARK | NO |
| SOUND MARK | NO |
| THE WORDS CONTAINED IN THE MARK HAVE NO MEANING (AND THEREFORE CANNOT BE TRANSLATED) | YES |
| TM IMAGE: COLOR | Grey Scale |
| IMAGE FILE NAME | https://tmng-cms.uspto.gov/trademark/cms/rest/case/79402363/tmdocument/79402363APP282310001.JPG |
| TYPE (IMAGE TYPE) | JPG |
| TEXTUAL ELEMENTS OF MARK | POP MART |
| **HOLDER DETAILS** | |
| CLIENT IDENTIFIER | 1659878 |
| NOTIFICATION LANGUAGE | ENGLISH |
| NAME | POP MART (SINGAPORE) HOLDING PTE. LTD. |
| ADDRESS | 10 ANSON ROAD, |
| | #15-05 INTERNATIONAL PLAZA |
| | SINGAPORE 079903 |
| COUNTRY | Singapore |
| ENTITLEMENT NATIONALITY OF APPLICANT/TRANSFEREE/HOLDER | Singapore |
| LEGAL NATURE | Private Limited Company |
| LEGAL NATURE: PLACE INCORPORATED | SINGAPORE |
| CORRESPONDENCE INDICATOR | YES |
| **BASIC GOODS AND SERVICES** | |
| VERSION OF NICE CLASSIFICATION USED | 12-2024 |
| NICE CLASSIFICATION | 09 |
| | Computer peripheral devices; computer game software, downloadable; downloadable mobile |

4

| | |
|---|---|
| GOODS AND SERVICES | applications; cell phone straps; cell phone cases; digital photo frames; headsets; cameras [photography]; eyeglasses; eyeglass cords; chargers for electric batteries; battery chargers for mobile phones; battery chargers; animated cartoons; decorative magnets. |
| NICE CLASSIFICATION | 14 |
| GOODS AND SERVICES | Precious metals, unwrought or semi-wrought; boxes of precious metal; badges of precious metal; statues of precious metal and their alloys; works of art of precious metal; medals; key chains [split rings with trinket or decorative fob]; jewellery charms; jewellery; wristwatches. |
| NICE CLASSIFICATION | 16 |
| GOODS AND SERVICES | Paper; handkerchiefs of paper; figurines [statuettes] of papier mache; stickers [stationery]; periodicals; printed publications; lithographic works of art; apparatus for mounting photographs; postage stamps; canvas for painting; bags [envelopes, pouches] of paper or plastics, for packaging; packing [cushioning, stuffing] materials of paper or cardboard; carrier bags of paper or plastic; boxes of paper or cardboard; stationery; passport covers; passport holders; stamps [seals]; drawing materials; teaching materials [except apparatus]; moulds for modelling clays [artists' materials]. |
| NICE CLASSIFICATION | 20 |
| GOODS AND SERVICES | Office furniture; showcases [furniture]; display cases; chests for toys; split rings, not of metal, for keys; picture frames; wheat straw, unworked or semi-worked, for plaiting; works of art of bamboo; figurines of wood, wax, plaster or plastic; statuettes of wood, wax, plaster or plastic; works of art of wood, wax, plaster or plastic; figurines of resin; statuettes of resin; horn, unworked or semi-worked; animal teeth; shells, unworked or semi-worked; identity plates, not of metal; decorations of plastic for foodstuffs; nesting boxes for household pets; funerary urns; furniture fittings, not of metal; pillows. |
| NICE CLASSIFICATION | 21 |
| GOODS AND SERVICES | Utensils for household purposes; kitchen utensils; beverage glassware; glassware for household purposes; glass pots; glass plates; crockery for kitchen use; ceramics for household purposes; works of art of porcelain, ceramic, earthenware, terra-cotta or glass; drinking vessels; valet trays [receptacles for small objects] for household purposes; censers; combs; brushes; material for brush-making; toothbrushes; floss for dental purposes; cosmetic utensils; thermally insulated containers for food; cleaning instruments, hand-operated; crystal [glassware]; cages for household pets; indoor terrariums [vivariums]; plug-in diffusers for mosquito repellents; ultrasonic mosquito repellers. |
| NICE CLASSIFICATION | 25 |
| GOODS AND SERVICES | Clothing; footwear; hats; hosiery; gloves [clothing]; scarfs; trouser straps; wedding dresses; sleep masks. |

## BASE REGISTRATION DETAILS

| | |
|---|---|
| BASE APPLICATION NUMBER | 40202319688U |
| BASE APPLICATION DATE | 09/04/2023 |

## REPRESENTATIVE DETAILS

| | |
|---|---|
| CLIENT IDENTIFIER | 1659879 |
| NAME | TEE IP PTE. LTD. |
| ADDRESS | 2 SHENTON WAY, |
| | #15-04 SGX CENTRE I |
| | SINGAPORE 068804 |
| COUNTRY | Singapore |

## INTENT TO USE GROUP

| | |
|---|---|
| CONTRACTING PARTY CODE | United States of America |

## DESIGNATIONS

5

| | |
|---|---|
| DESIGNATIONS UNDER THE PROTOCOL | United States of America |

## INTERNATIONAL REGISTRATION DETAILS

| | |
|---|---|
| INTERNATIONAL REGISTRATION NUMBER | 1804852 |
| INTERNATIONAL REGISTRATION DATE OF MARK | 06/04/2024 |
| INTERNATIONAL REGISTRATION EXPIRY DATE | 06/04/2034 |
| EFFECTIVE DATE OF MODIFICATION | 06/04/2024 |
| NOTIFICATION DATE | 08/15/2024 |
| DATE OF RECORDAL IN INTERNATIONAL REGISTER | 08/01/2024 |
| IB DOCUMENT ID | 1859853101 |
| OFFICE OF ORIGIN CODE | Singapore |
| OFFICE REFERENCE | 79402363 |
| TRANSACTION TYPE VALUES | Initial Designation |
| ORIGINAL LANGUAGE | ENGLISH |
| INSTRUMENT UNDER WHICH CONTRACTING PARTY IS DESIGNATED | Protocol |
| DURATION OF MARK (YEARS) | 10 |

# POP MART

7