# EXHIBIT C

| Copyright Registration No. | Registration Date | Title | Applicant / Owner |
|---|---|---|---|
| VA 2-448-371 | 6/8/2025 | THE MONSTERS Big into Energy Series-Vinyl Plush Pendant Blind Box- LOVE | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-448-156 | 6/6/2025 | THE MONSTERS COCA-COLA SERIES-Vinyl Face Blind Box- SURPRISE SHAKE | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-448-155 | 6/6/2025 | THE MONSTERS - ANGEL IN CLOUDS Vinyl Face Doll | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-079 | 7/9/2025 | The Monsters Lazy Yoga Series-Zone Out | Beijing POP Mart Cultural & Creative Co. Ltd. |

1

| | | | |
|---|---|---|---|
| VA 2-452-110 | 7/9/2025 | The Monsters Lazy Yoga Series-Ab Roller | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-102 | 7/9/2025 | The Monsters Lazy Yoga Series-Confident | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-099 | 7/9/2025 | The Monsters Lazy Yoga Series-Show Off | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-107 | 7/9/2025 | The Monsters Lazy Yoga Series-Stretch Out | Beijing POP Mart Cultural & Creative Co. Ltd. |

2

| | | | |
|---|---|---|---|
| VA 2-452-111 | 7/9/2025 | The Monsters Lazy Yoga Series-Sweating | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-117 | 7/9/2025 | The Monsters Lazy Yoga Series-Sleeping | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-115 | 7/9/2025 | The Monsters Lazy Yoga Series-Little Bird | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-114 | 7/9/2025 | The Monsters Lazy Yoga Series-Americano | Beijing POP Mart Cultural & Creative Co. Ltd. |

| | | | |
|---|---|---|---|
| VA 2-452-112 | 7/9/2025 | The Monsters Lazy Yoga Series-Lay Down | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-118 | 7/9/2025 | The Monsters Lazy Yoga Series-Yoga Coach | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-119 | 7/9/2025 | THE MONSTERS Big into Energy Series-Boxes | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-126 | 7/9/2025 | THE MONSTERS Big into Energy Series-Packing Bags | Beijing POP Mart Cultural & Creative Co. Ltd. |

| | | | |
|---|---|---|---|
| VA 2-452-124 | 7/9/2025 | THE MONSTERS - Exciting Macaron - Boxes | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-452-141 | 7/9/2025 | THE MONSTERS - Exciting Macaron - Packing Bags | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-451-849 | 2/26/2025 | LABUBU Timber Workshop Series-Playing on the Swing Plush Pendant Blind Box | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-451-895 | 2/26/2025 | THE MONSTERS - Exciting Macaron Vinyl Face Blind Box- Chestnut Cocoa | Beijing POP Mart Cultural & Creative Co. Ltd. |

| | | | |
|---|---|---|---|
| VA 2-451-935 | 2/26/2025 | THE MONSTERS - Have a Seat Vinyl Plush Blind Box-DUODUO | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-451-927 | 2/26/2025 | THE MONSTERS - Have a Seat Vinyl Plush Blind Box-HEHE | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-451-839 | 2/26/2025 | THE MONSTERS Classic Series-LABUBU Figure (Brown) | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-451-857 | 2/26/2025 | THE MONSTERS - Have a Seat Vinyl Plush Blind Box-ZIZI | Beijing POP Mart Cultural & Creative Co. Ltd. |

| | | | |
|---|---|---|---|
| VA 2-424-793 | 12/6/2024 | Have a Seat Bag | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-450-708 | 12/3/2024 | FALL INOT SPRING - Vinyl Plush Doll | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA 2-424-972 | 12/9/2024 | Have a Seat Box | Beijing POP Mart Cultural & Creative Co. Ltd. |

**Registration #:**   VA0002448371
**Service Request #:**   1-14934976071

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**   Special Handling          **Application Date:**   June 06, 2025

## Correspondent

**Organization Name:**   Pop Mart Americas Inc
**Name:**   Fei Lin
**Email:**   overseas-legal@popmart.com
**Telephone:**   (747)361-3192
**Address:**   101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

8

**Registration Number**

# VA 2-448-371

**Effective Date of Registration:**
June 08, 2025
**Registration Decision Date:**
June 10, 2025

## Title

| | |
|---|---|
| **Title of Work:** | THE MONSTERS Big into Energy Series-Vinyl Plush Pendant Blind Box-LOVE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Date of 1st Publication:** | April 25, 2025 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| • **Author:** | Beijing POP Mart Cultural & Creative Co. Ltd. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beijing POP Mart Cultural & Creative Co. Ltd. |
| | Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Pop Mart Americas Inc |
| **Name:** | Fei Lin |
| **Email:** | overseas-legal@popmart.com |
| **Telephone:** | (747)361-3192 |
| **Address:** | 101 N Brand Blvd |
| | Suite 606 Glendale |
| | Glendale, CA 91203 United States |

Page 1 of 2

Page 2 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Fei Lin |
| **Date**: | June 06, 2025 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

**Registration #:**  VA0002448156
**Service Request #:**  1-14934976307

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling        **Application Date:**  June 06, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-448-156

**Effective Date of Registration:**
June 06, 2025
**Registration Decision Date:**
June 09, 2025

## Title

**Title of Work:** THE MONSTERS COCA-COLA SERIES-Vinyl Face Blind Box-SURPRISE SHAKE

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** December 19, 2024
**Nation of 1st Publication:** China

## Author

- **Author:** Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:** Pop Mart Americas Inc
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Fei Lin |
| **Date**: | June 06, 2025 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |

**Registration #:** VA0002448155
**Service Request #:** 1-14935552967

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:** Special Handling       **Application Date:** June 06, 2025

## Correspondent

**Organization Name:** Pop Mart Americas Inc
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

14

**Registration Number**

# VA 2-448-155

**Effective Date of Registration:**
June 06, 2025
**Registration Decision Date:**
June 09, 2025

## Title

**Title of Work:**    THE MONSTERS - ANGEL IN CLOUDS Vinyl Face Doll

## Completion/Publication

**Year of Completion:**    2024
**Date of 1st Publication:**    October 24, 2024
**Nation of 1st Publication:**    China

## Author

- **Author:**    Beijing POP Mart Cultural & Creative Co. Ltd.
**Author Created:**    sculpture
**Work made for hire:**    Yes
**Domiciled in:**    China

## Copyright Claimant

**Copyright Claimant:**    Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**    Pop Mart Americas Inc
**Name:**    Fei Lin
**Email:**    overseas-legal@popmart.com
**Telephone:**    (747)361-3192
**Address:**    101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

15

## Certification

           **Name:**   Fei Lin
            **Date**:   June 06, 2025

            **Correspondence:**   Yes
**Copyright Office notes:**   Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-451-849**

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
July 09, 2025

## Title

| | |
|---|---|
| **Title of Work:** | LABUBU Timber Workshop Series-Playing on the Swing Plush Pendant Blind Box |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | June 13, 2024 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| • **Author:** | Beijing POP Mart Cultural & Creative Co. Ltd |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beijing POP Mart Cultural & Creative Co. Ltd Room 3606, 36th Floor Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan, Beijing, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Beijing POP Mart Cultural & Creative Co. Ltd |

## Certification

| | |
|---|---|
| **Name:** | Fei Lin |
| **Date:** | February 26, 2025 |

Page 1 of 2

**Correspondence:**   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-451-895

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
July 09, 2025

---

## Title
_____

**Title of Work:** THE MONSTERS - Exciting Macaron Vinyl Face Blind Box-Chestnut Cocoa

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** October 20, 2023
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant
_____

**Copyright Claimant:** Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions
_____

**Organization Name:** Pop Mart Americas Inc.
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

       **Name:**  Fei Lin
       **Date:**  February 26, 2025

    **Correspondence:**  Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-451-935

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
July 09, 2025

---

## Title

**Title of Work:**    THE MONSTERS - Have a Seat Vinyl Plush Blind Box-DUODUO

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 05, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Beijing POP Mart Cultural & Creative Co. Ltd
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:** Pop Mart Americas Inc.
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

**Name:** Fei Lin
**Date:** February 26, 2025

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-451-927

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
July 09, 2025

## Title

**Title of Work:** THE MONSTERS - Have a Seat Vinyl Plush Blind Box-HEHE

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 05, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Beijing POP Mart Cultural & Creative Co. Ltd
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:** Pop Mart Americas Inc
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

       **Name:** Fei Lin
       **Date:** February 26, 2025

       **Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-451-839

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
July 09, 2025

## Title

**Title of Work:**    THE MONSTERS Classic Series-LABUBU Figure (Brown)

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    September 26, 2023
**Nation of 1st Publication:**    China

## Author

- **Author:**    Beijing POP Mart Cultural & Creative Co. Ltd.
**Author Created:**    sculpture
**Work made for hire:**    Yes
**Domiciled in:**    China

## Copyright Claimant

**Copyright Claimant:**    Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**    Pop Mart Americas Inc
**Name:**    Fei Lin
**Email:**    overseas-legal@popmart.com
**Telephone:**    (747)361-3192
**Address:**    101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

          **Name:** Fei Lin
          **Date:** February 26, 2025

          **Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-451-857

**Effective Date of Registration:**
February 26, 2025
**Registration Decision Date:**
July 09, 2025

## Title

| | |
|---|---|
| **Title of Work:** | THE MONSTERS - Have a Seat Vinyl Plush Blind Box-ZIZI |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | July 05, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Beijing POP Mart Cultural & Creative Co. Ltd |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beijing POP Mart Cultural & Creative Co. Ltd.<br>Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Pop Mart Americas Inc |
| **Name:** | Fei Lin |
| **Email:** | overseas-legal@popmart.com |
| **Telephone:** | (747)361-3192 |
| **Address:** | 101 N Brand Blvd<br>Suite 606 Glendale<br>Glendale, CA 91203 United States |

Page 1 of 2

## Certification

      **Name:**  Fei Lin
      **Date:**  February 26, 2025

      **Correspondence:**  Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-110

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:**   The Monsters Lazy Yoga Series-Ab Roller

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 09, 2024
**Nation of 1st Publication:** China

## Author

- **Author:** Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:**   Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:** Pop Mart Americas Inc
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

        **Name:**  Fei Lin
         **Date:**  July 09, 2025

**Copyright Office notes:**  Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).

**Registration #:**  VA0002452079
**Service Request #:**  1-14952698972

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling     **Application Date:**  July 09, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

31

**Registration Number**

# VA 2-452-079

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:**    The Monsters Lazy Yoga Series-Zone Out

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    August 09, 2024
**Nation of 1ˢᵗ Publication:**    China

## Author

- **Author:**    Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:**    sculpture
  **Work made for hire:**    Yes
  **Domiciled in:**    China

## Copyright Claimant

**Copyright Claimant:**    Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**    Pop Mart Americas Inc
**Name:**    Fei Lin
**Email:**    overseas-legal@popmart.com
**Telephone:**    (747)361-3192
**Address:**    101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

        **Name:**  Fei Lin
        **Date**:  July 09, 2025

**Copyright Office notes:**  Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).

**Registration #:**  VA0002452099
**Service Request #:**  1-14952699125

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling      **Application Date:**  July 09, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-452-099

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:** The Monsters Lazy Yoga Series-Show Off

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 09, 2024
**Nation of 1st Publication:** China

## Author

- **Author:** Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:** Pop Mart Americas Inc
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

**Name:** Fei Lin
**Date**: July 09, 2025

**Copyright Office notes:**    Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).

**Registration #:**   VA0002452102
**Service Request #:**   1-14952699102

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**   Special Handling        **Application Date:**   July 09, 2025

## Correspondent

**Organization Name:**   Pop Mart Americas Inc
**Name:**   Fei Lin
**Email:**   overseas-legal@popmart.com
**Telephone:**   (747)361-3192
**Address:**   101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

37

**Registration Number**

# VA 2-452-102

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:** The Monsters Lazy Yoga Series-Confident

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 09, 2024
**Nation of 1st Publication:** China

## Author

- **Author:** Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:** Pop Mart Americas Inc
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

**Name:** Fei Lin
**Date**: July 09, 2025

**Registration #:**  VA0002452107
**Service Request #:**  1-14952699168

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling          **Application Date:**  July 09, 2025

## Correspondent

| | |
|---|---|
| **Organization Name:** | Pop Mart Americas Inc |
| **Name:** | Fei Lin |
| **Email:** | overseas-legal@popmart.com |
| **Telephone:** | (747)361-3192 |
| **Address:** | 101 N Brand Blvd |
| | Suite 606 Glendale |
| | Glendale, CA 91203 United States |

**Registration Number**

# VA 2-452-107

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:** The Monsters Lazy Yoga Series-Stretch Out

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 09, 2024
**Nation of 1st Publication:** China

## Author

- **Author:** Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:** Pop Mart Americas Inc
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

41

## Certification

**Name:** Fei Lin
**Date**: July 09, 2025

**Registration #:**   VA0002452111
**Service Request #:**   1-14952699191

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**   Special Handling        **Application Date:**   July 09, 2025

## Correspondent

**Organization Name:**   Pop Mart Americas Inc
**Name:**   Fei Lin
**Email:**   overseas-legal@popmart.com
**Telephone:**   (747)361-3192
**Address:**   101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-452-111

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:**    The Monsters Lazy Yoga Series-Sweating

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    August 09, 2024
**Nation of 1st Publication:**    China

## Author

- **Author:**    Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:**    sculpture
  **Work made for hire:**    Yes
  **Domiciled in:**    China

## Copyright Claimant

**Copyright Claimant:**    Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**    Pop Mart Americas Inc
**Name:**    Fei Lin
**Email:**    overseas-legal@popmart.com
**Telephone:**    (747)361-3192
**Address:**    101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

44

## Certification

              **Name:**   Fei Lin
               **Date**:   July 09, 2025

**Copyright Office notes:**   Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).

**Registration #:** VA0002452112
**Service Request #:** 1-14952699283

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:** Special Handling    **Application Date:** July 09, 2025

## Correspondent

**Organization Name:** Pop Mart Americas Inc
**Name:** Fei Lin
**Email:** overseas-legal@popmart.com
**Telephone:** (747)361-3192
**Address:** 101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-452-112

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:**    The Monsters Lazy Yoga Series-Lay Down

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    August 09, 2024
**Nation of 1st Publication:**    China

## Author

- **Author:**    Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:**    sculpture
  **Work made for hire:**    Yes
  **Domiciled in:**    China

## Copyright Claimant

**Copyright Claimant:**    Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**    Pop Mart Americas Inc
**Name:**    Fei Lin
**Email:**    overseas-legal@popmart.com
**Telephone:**    (747)361-3192
**Address:**    101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

47

## Certification

        **Name:**   Fei Lin
        **Date**:   July 09, 2025

**Copyright Office notes:**   Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).

**Registration #:**   VA0002452114
**Service Request #:**   1-14952699260

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**   Special Handling          **Application Date:**   July 09, 2025

## Correspondent

**Organization Name:**   Pop Mart Americas Inc
**Name:**   Fei Lin
**Email:**   overseas-legal@popmart.com
**Telephone:**   (747)361-3192
**Address:**   101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

49

**Registration Number**

# VA 2-452-114

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:**    The Monsters Lazy Yoga Series-Americano

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    August 09, 2024
**Nation of 1st Publication:**    China

## Author

- **Author:**    Beijing POP Mart Cultural & Creative Co. Ltd.
**Author Created:**    sculpture
**Work made for hire:**    Yes
**Domiciled in:**    China

## Copyright Claimant

**Copyright Claimant:**    Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**    Pop Mart Americas Inc
**Name:**    Fei Lin
**Email:**    overseas-legal@popmart.com
**Telephone:**    (747)361-3192
**Address:**    101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Fei Lin |
| **Date**: | July 09, 2025 |

**Copyright Office notes:**   Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).

**Registration #:**  VA0002452115
**Service Request #:**  1-14952699237

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling    **Application Date:**  July 09, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-452-115

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

| | |
|---|---|
| **Title of Work:** | The Monsters Lazy Yoga Series-Little Bird |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | August 09, 2024 |
| **Nation of 1st Publication:** | China |

## Author

|  |  |
|---|---|
| • **Author:** | Beijing POP Mart Cultural & Creative Co. Ltd. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Beijing POP Mart Cultural & Creative Co. Ltd.<br>Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Pop Mart Americas Inc |
| **Name:** | Fei Lin |
| **Email:** | overseas-legal@popmart.com |
| **Telephone:** | (747)361-3192 |
| **Address:** | 101 N Brand Blvd<br>Suite 606 Glendale<br>Glendale, CA 91203 United States |

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Fei Lin |
| **Date**: | July 09, 2025 |

**Copyright Office notes:**　Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).

**Registration #:**  VA0002452117
**Service Request #:**  1-14952699214

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling          **Application Date:**  July 09, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-452-117

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | The Monsters Lazy Yoga Series-Sleeping |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | August 09, 2024 |
| **Nation of 1st Publication:** | China |

## Author

|  |  |
|---|---|
| • **Author:** | Beijing POP Mart Cultural & Creative Co. Ltd. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Beijing POP Mart Cultural & Creative Co. Ltd.<br>Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing<br>Dongyuan District 4, Chaoyang District, Beijing, China |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Pop Mart Americas Inc |
| **Name:** | Fei Lin |
| **Email:** | overseas-legal@popmart.com |
| **Telephone:** | (747)361-3192 |
| **Address:** | 101 N Brand Blvd<br>Suite 606 Glendale<br>Glendale, CA 91203 United States |

Page 1 of 2

## Certification

        **Name:**   Fei Lin
         **Date**:   July 09, 2025

**Copyright Office notes:**   Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).

**Registration #:**  VA0002452118
**Service Request #:**  1-14952699316

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling          **Application Date:**  July 09, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-452-118

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:**    The Monsters Lazy Yoga Series-Yoga Coach

## Completion/Publication

**Year of Completion:**    2023
**Date of 1st Publication:**    August 09, 2024
**Nation of 1st Publication:**    China

## Author

- **Author:**    Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:**    sculpture
  **Work made for hire:**    Yes
  **Domiciled in:**    China

## Copyright Claimant

**Copyright Claimant:**    Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**    Pop Mart Americas Inc
**Name:**    Fei Lin
**Email:**    overseas-legal@popmart.com
**Telephone:**    (747)361-3192
**Address:**    101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

59

## Certification

        **Name:**    Fei Lin
         **Date**:    July 09, 2025

**Copyright Office notes:**    Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).

**Registration #:**  VA0002452119
**Service Request #:**  1-14953473872

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling       **Application Date:**  July 09, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-452-119

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

| | |
|---|---|
| **Title of Work:** | THE MONSTERS Big into Energy Series-Boxes |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Date of 1st Publication:** | April 25, 2025 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| • **Author:** | Beijing POP Mart Cultural & Creative Co. Ltd. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beijing POP Mart Cultural & Creative Co. Ltd. |
| | Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan District 4, Chaoyang District, Beijing, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Pop Mart Americas Inc |
| **Name:** | Fei Lin |
| **Email:** | overseas-legal@popmart.com |
| **Telephone:** | (747)361-3192 |
| **Address:** | 101 N Brand Blvd |
| | Suite 606 Glendale |
| | Glendale, CA 91203 United States |

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Fei Lin |
| **Date**: | July 09, 2025 |

| **Copyright Office notes:** | Regarding basis for registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |
|---|---|

**Registration #:**  VA0002452124
**Service Request #:**  1-14953473919

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling        **Application Date:**  July 09, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-452-124

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:**  THE MONSTERS - Exciting Macaron - Boxes

## Completion/Publication

**Year of Completion:**  2022
**Date of 1st Publication:**  October 20, 2023
**Nation of 1st Publication:**  China

## Author

- **Author:**  Beijing POP Mart Cultural & Creative Co. Ltd.
**Author Created:**  2-D artwork
**Work made for hire:**  Yes
**Domiciled in:**  China

## Copyright Claimant

**Copyright Claimant:**  Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | Fei Lin |
| **Date**: | July 09, 2025 |

**Copyright Office notes:**  Regarding basis for registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**Registration #:**  VA0002452126
**Service Request #:**  1-14953473896

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling          **Application Date:**  July 09, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Registration Number**

# VA 2-452-126

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:**     THE MONSTERS Big into Energy Series-Packing Bags

## Completion/Publication

**Year of Completion:**     2025
**Date of 1st Publication:**     April 25, 2025
**Nation of 1st Publication:**     China

## Author

- **Author:**     Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:**     2-D artwork
  **Work made for hire:**     Yes
  **Domiciled in:**     China

## Copyright Claimant

**Copyright Claimant:**     Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**     Pop Mart Americas Inc
**Name:**     Fei Lin
**Email:**     overseas-legal@popmart.com
**Telephone:**     (747)361-3192
**Address:**     101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

68

## Certification

|  |  |
|---|---|
| **Name:** | Fei Lin |
| **Date**: | July 09, 2025 |

**Copyright Office notes:**    Regarding basis for registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**Registration #:**  VA0002452141
**Service Request #:**  1-14953474045

## Mail Certificate

Pop Mart Americas Inc
Fei Lin
101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

**Priority:**  Special Handling    **Application Date:**  July 09, 2025

## Correspondent

**Organization Name:**  Pop Mart Americas Inc
**Name:**  Fei Lin
**Email:**  overseas-legal@popmart.com
**Telephone:**  (747)361-3192
**Address:**  101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

70

**Registration Number**

**VA 2-452-141**

**Effective Date of Registration:**
July 09, 2025
**Registration Decision Date:**
July 10, 2025

## Title

**Title of Work:**    THE MONSTERS - Exciting Macaron - Packing Bags

## Completion/Publication

**Year of Completion:**    2022
**Date of 1st Publication:**    October 20, 2023
**Nation of 1ˢᵗ Publication:**    China

## Author

- **Author:**    Beijing POP Mart Cultural & Creative Co. Ltd.
  **Author Created:**    2-D artwork
  **Work made for hire:**    Yes
  **Domiciled in:**    China

## Copyright Claimant

**Copyright Claimant:**    Beijing POP Mart Cultural & Creative Co. Ltd.
Room 3606, 36th Floor, Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan District 4, Chaoyang District, Beijing, China

## Rights and Permissions

**Organization Name:**    Pop Mart Americas Inc
**Name:**    Fei Lin
**Email:**    overseas-legal@popmart.com
**Telephone:**    (747)361-3192
**Address:**    101 N Brand Blvd
Suite 606 Glendale
Glendale, CA 91203 United States

Page 1 of 2

## Certification

      **Name:** Fei Lin
       **Date**: July 09, 2025

**Copyright Office notes:** Regarding basis for registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-450-708

**Effective Date of Registration:**
December 13, 2024
**Registration Decision Date:**
July 01, 2025

---

## Title

Title of Work:    FALL INTO SPRING-Vinyl Plush Doll

## Completion/Publication

Year of Completion:    2023
Date of 1st Publication:    March 08, 2024
Nation of 1st Publication:    China

## Author

- Author:    Beijing POP Mart Cultural & Creative Co. Ltd
  Author Created:    sculpture
  Work made for hire:    Yes
  Domiciled in:    China

## Copyright Claimant

Copyright Claimant:    Beijing POP Mart Cultural & Creative Co. Ltd
Room 3606, 36th Floor Block A, Building 13 - 4 to 33, Floor 101, Wangjing
Dongyuan, Beijing, China

## Rights and Permissions

Organization Name:    Beijing POP Mart Cultural & Creative Co. Ltd

## Certification

Name:    Fei Lin
Date:    December 13, 2024

---

Correspondence:   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-424-793

**Effective Date of Registration:**
December 06, 2024
**Registration Decision Date:**
December 06, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Have a Seat Bag |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | July 05, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Beijing POP Mart Cultural & Creative Co. Ltd |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beijing POP Mart Cultural & Creative Co. Ltd |
| | Room 3606, 36th Floor Block A, Building 13 - 4 to 33, Floor 101, Wangjing Dongyuan, Beijing, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Beijing POP Mart Cultural & Creative Co. Ltd |

## Certification

| | |
|---|---|
| **Name:** | Fei Lin |
| **Date:** | December 06, 2024 |

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Pictorial features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**Registration #:**  VA0002424793
**Service Request #:**  1-14537873220



Pop Mart Americas Inc
Fei Lin
101 Brand Blvd
Suite 606
Glendale, CA 91203 United States

**Registration #:**   VA0002424972
**Service Request #:**   1-14512403908



Pop Mart Americas Inc
Fei Lin
101 Brand Blvd
Suite 606
Glendale, CA 91203 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-424-972

**Effective Date of Registration:**
December 09, 2024
**Registration Decision Date:**
December 10, 2024

---

## Title

**Title of Work:**    Have a Seat Box

## Completion/Publication

**Year of Completion:**    2024
**Date of 1st Publication:**    July 05, 2024
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Beijing POP Mart Cultural & Creative Co. Ltd
  **Author Created:**    2-D artwork
  **Work made for hire:**    Yes
  **Domiciled in:**    China

## Copyright Claimant

**Copyright Claimant:**    B eijing POP Mart Cultural & Cre ativeCo. Ltd
R oom 3606, 36th Floor Block A,  Buildng 13 - 4 to 33, Floor 101, Wangjing
D ongyuan, Beijing, China

## Rights and Permissions

**Organization Name:**    Beijing POP Mart Cultural & Creative Co. Ltd

## Certification

**Name:**    Fei Lin
**Date:**    December 06, 2024

---

Page 1 of 2

**Correspondence:** Yes

**Copyright Office notes:** Basis for Registration: Pictorial and graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Regarding basis for registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4 (H).