UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
POP MART AMERICANS INC. et al.,                                    :
                                                                   :
                              Plaintiffs,                          :
                                                                   :           26-CV-2807 (JMF)
              -v-                                                  :
                                                                   :              ORDER
COWBOY USA CORP. et al.,                                           :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 17 and April 20, 2026, Defendants Cowboy USA Corp. and Cowboy World Corp., respectively, were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 17-18. To date, Defendants have failed to appear in this action. No later than **May 20, 2026,** Plaintiffs shall submit a letter addressing whether Plaintiffs have had any contact with Defendants or if they have any other reason to believe that Defendants have actual notice of this lawsuit.

Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: May 13, 2026
       New York, New York                          _____
                                                        JESSE M. FURMAN
                                                   United States District Judge