UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POP MART AMERICANS INC. et al.,

Plaintiff,

-v-

COWBOY USA CORP. et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2807 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic conference held today, August 4, 2026, the Court orders as follows:

1. By **September 14, 2026**, the parties are to file a joint status letter addressing the status of their settlement discussions and stating whether they wish to hold another telephone conference to discuss scheduling a settlement conference.

Dated: New York, New York
August 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**