UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POP MART AMERICANS INC. et al., Plaintiffs, -v- COWBOY USA CORP. et al., Defendants. | 26-CV-2807 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge

As stated on the record during the teleconference held earlier today:

- Fact discovery is now closed. *See* ECF No. 30 ("CMP"), ¶ 6(b).

- The deadline for Defendants to cure any deficiencies with respect to requests for production served prior to the close of discovery is **December 4, 2026**. Any failures to cure deficiencies by that deadline will result in sanctions. Plaintiffs shall file any such motion for sanctions by the summary judgment motion deadline.

- The parties shall meet and confer no later than **November 13, 2026**, to determine what discovery, if any, Plaintiffs need to facilitate meaningful settlement discussions. The parties should direct any disputes or requests for relief arising from these discussions to Magistrate Judge Cave.

- All expert discovery, including reports, production of underlying documents, and depositions, shall be completed no later than **December 21, 2026**. *See* CMP ¶ 6(d). **The parties should not anticipate any extensions of that deadline.**

SO ORDERED.

Dated: November 12, 2026
New York, New York

JESSE M. FURMAN
United States District Judge